FILED

2008 Jul-15  PM 01:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | 08-173- LSC-TMP |
| | ] | |
| DANIEL LAFITTE DUMONDE, | ] | |
| | ] | |
| Defendant. | ] | |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the

Honorable T. Michael Putnam, United States Magistrate Judge [Doc. 50]

entered the 22th day of June, 2008 as well as the objections to the

Report and Recommendation made by the defendant [Doc. #52].  This

court has made a *de novo* determination of those findings and portions

objected to by the defendant in this case pursuant to 28 U.S.C. §

636(b)(1).

It is Ordered that the Report and Recommendation of the Honorable

T. Michael Putnam, United States Magistrate Judge be accepted as

entered.

Done this 15th day of July 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE